IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| Northwood Industrial Machinery, Inc., et al | ) | No. 3:07-1263 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| V. | ) | Judge Echols |
| | ) | |
| Robert F. Alsup, Jr. | ) | Magistrate Judge Brown |
| | ) | |
| Defendant | ) | |

## CONSENT DECREE

The Court being advised that the parties to this action have settled and compromised their differences; and

Being further advised that they have entered into a Settlement and Release Agreement dated the 20th day of November, 2008, by Robert F. Alsup, Jr., and December 1, 2008, by Northwood Industrial Machinery, Inc., and Ben Alizadeh;

That the Settlement and Release Agreement provides that its terms and conditions are confidential, but that same may be enforced by this Court if breached by either party in the future;

**IT IS ORDERED** that this case is dismissed with prejudice, subject only to the Court retaining jurisdiction to enforce any breach of the Settlement and Release Agreement by either party.

**SO ORDERED** this _____ day of December, 2008.

_____
Robert L. Echols
District Judge